UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

<table>
<tr><td><b>FILED</b><br>May 26, 2026<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA</td></tr>
</table>

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

WILLIE BERNARD DIXON,

    Defendant.

Case No.   2:25-cr-00190-WBS

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  WILLIE BERNARD DIXON, Case No.   2:25-cr-00190-WBS , Charge 18 U.S.C. § 2114(a), from custody for the following reasons:

  __x__ Release on Personal Recognizance

  _____ Bail Posted in the Sum of $ _____

      _____ Unsecured Appearance Bond $ _____

      _____ Appearance Bond with 10% Deposit

      _____ Appearance Bond with Surety

      _____ Corporate Surety Bail Bond

  __x__ (Other):  Release delayed until 6/1/2026 at 8:30 AM with terms as stated on the record. Following release, defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Issued at Sacramento, California on May 26, 2026, at  2:50 PM.

By:  _____
Magistrate Judge Sean C. Riordan