UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

<div style="border:1px solid black">

**FILED**

June 1, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

</div>

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

WILLIE BERNARD DIXON,

        Defendant.

Case No.   2:25-cr-00190-WBS

**AMENDED ORDER FOR
RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  WILLIE BERNARD DIXON, Case

No.   2:25-cr-00190-WBS , Charge 18 U.S.C. § 2114(a), from custody for the following

reasons:

   x   Release on Personal Recognizance

      Bail Posted in the Sum of $ _____

         Unsecured Appearance Bond $ _____

         Appearance Bond with 10% Deposit

         Appearance Bond with Surety

         Corporate Surety Bail Bond

   x   (Other):  Release delayed until 6/8/2026 at 8:30 AM with terms as stated on the record. Following release, defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Issued at Sacramento, California on June 1, 2026, at  2:50 PM.

By:  _____

Magistrate Judge Sean C. Riordan