ERIC GRANT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-CR-0190 WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| WILLIE BERNARD DIXON, | DATE: June 15, 2026 |
| Defendant. | TIME: 10:00 a.m. COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 15, 2026.

2. By this stipulation, defendant now moves to continue the status conference until **September 14, 2026 at 10:00 a.m.**, and to exclude time between June 15, 2026, and September 14, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) Since the initial appearance, the government has produced over 70 separate files of discovery, consisting of investigative reports and related documents in electronic form, some of which involve video files and forensic lab reports. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b) Since the initial appearance, the parties have begun discussing potential resolution of the case, and defense counsel has made additional, specific requests for discovery.

c) At a detention hearing following his initial appearance, Defendant was ordered to attend an in-patient substance abuse treatment program.

d) Counsel for defendant desires additional time to review the current charge and evidence, discuss the case with his client, research potential defenses and mitigation, review supplemental discovery, prepare motions, and otherwise prepare for trial.

e) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) This is the first request for a continuance in the case. The government does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 15, 2026 to September 14, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  June 8, 2026

ERIC GRANT
United States Attorney

/s/ JESSICA DELANEY
JESSICA DELANEY
Assistant United States Attorney

Dated:  June 8, 2026

/s/ ALEXANDER BUGESCU
ALEXANDER BUGESCU
Counsel for Defendant
WILLIE BERNARD DIXON

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  June 10, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3