ERIC GRANT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WILLIE BERNARD DIXON,<br>Defendant. | CASE NO. 2:25-CR-0190 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 14, 2026<br>TIME: 10:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 14, 2026.

2. By this stipulation, defendant now moves to continue the status conference until October 26, 2026, and to exclude time between September 14, 2026, and October 26, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes over 70 separate files of discovery, consisting of investigative reports and related documents in electronic form, some of which involve video files and forensic lab reports. All of this discovery has been either produced directly to counsel and/or made available for inspection

and copying.

b) Since the last scheduled status conference, counsel for defendant obtained a DNA expert and requested additional, scientific discovery for the DNA expert to review and, if necessary, perform independent testing. Since the last scheduled status conference, the government has provided the requested discovery.

c) Counsel for defendant desires additional time to consult with his client, review the current charge and evidence, consult with the DNA expert, discuss resolution with his client, and otherwise prepare for trial.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance. This is the second requested continuance in the case.

f) The government has extended a plea offer which expires on September 25, 2026. The parties anticipate that at the next hearing, Defendant will either enter a change of plea or the parties will request the Court set a trial date.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 14, 2026 to October 26, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 18, 2026

ERIC GRANT
United States Attorney

/s/ JESSICA DELANEY
JESSICA DELANEY
Assistant United States Attorney

Dated: August 18, 2026

/s/ ALEXANDER BUGESCU
ALEXANDER BUGESCU
Counsel for Defendant
WILLIE BERNARD DIXON

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: August 19, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE