LAW OFFICES OF ALEXANDER BUGESCU
901 H Street, Suite 405-2
Sacramento, CA 95814
Telephone: (916) 316-3103

ALEXANDER A. BUGESCU
Attorney at Law
State Bar No. 298902

Attorney for Defendant,
WILLIE DIXON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>vs.<br>WILLIE DIXON,<br>*Defendant*. | Case No. 2:25-CR-0190-WBS<br>**STIPULATION AND [~~proposed~~] ORDER TO MODIFY PRETRIAL CONDITIONS**<br>Judge: ALLISON CLAIRE |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, JESSICA DELANEY, Assistant United States Attorney, attorney for the UNITED STATES, and ALEX BUGESCU, attorney for Defendant WILLIE DIXON, that the following modification be entered by the Court to Mr. Dixon's pretrial release conditions (ECF document 12.) Both pretrial services and Ms. Delaney have approved this modification and stipulation. Pretrial Services has supervised Mr. Dixon since May 26, 2026. Mr. Dixon has completed 90 days residential treatment at Well Space and has tested negative for all substances since supervision commenced. Since Well Space, Mr. Dixon has been residing at a sober living facility and has been compliant with the conditions of his release.

Condition 14 currently reads: “You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf.

All parties hereby stipulate that condition 14 be amended to strike the requirement of HOME DETENTION. Condition 14 should be amended to include only a curfew so that it states:

14. **CURFEW**: You must remain inside your residence every day from 7:00 pm to 8:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

There are no sureties or third-party custodians in this case.

Dated: November 13, 2026

Respectfully submitted,

/s/ *Alex Bugescu*_____
Alex Bugescu
Attorney for Mr. Dixon

Dated: November 13, 2026

ERIC GRANT
United States Attorney

/s/ Jessica Delaney
JESSICA DELANEY
Assistant U.S. Attorney
Attorney for the United States

///

///

///

# O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order and modifies condition 14 as set forth above.

DATED: November 13, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE