LAW OFFICES OF ALEXANDER BUGESCU
901 H Street, Suite 405-2
Sacramento, CA 95814
Telephone: (916) 316-3103

ALEXANDER A. BUGESCU
Attorney at Law
State Bar No. 298902

Attorney for Defendant,
WILLIE DIXON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>vs.<br>WILLIE DIXON,<br>*Defendant*. | Case No. 2:25-CR-0190-WBS<br>**STIPULATION AND ~~[proposed]~~ ORDER TO MODIFY PRETRIAL CONDITIONS**<br>Judge: Jeremy D. Peterson |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, JESSICA DELANEY, Assistant United States Attorney, attorney for the UNITED STATES, and ALEX BUGESCU, attorney for Defendant WILLIE DIXON, that condition 17 be added to Mr. Dixon's release conditions.

Mr. Dixon was released on May 26, 2026. His conditions of release were modified following a stipulation of the parties. The amended special conditions of release, filed on 11/18/2026, erroneously omitted special condition 17. The parties request that this special condition now be adopted.

///

///

///

Condition 17: You must not use or possess any narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used.

There are no sureties or third-party custodians in this case.

Dated: November 19, 2026

Respectfully submitted,

/s/ *Alex Bugescu*_____
Alex Bugescu
Attorney for Mr. Dixon

Dated: November 19, 2026

ERIC GRANT
United States Attorney

/s/ Jessica Delaney_____
JESSICA DELANEY
Assistant U.S. Attorney
Attorney for the United States

O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order and modifies condition 14 as set forth above.

DATED: November 19, 2026

HON. JEREMY D. PETERSON
United States Magistrate Judge